George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:  503-236-0028
Attorney for Plaintiff, David D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| David D., | Civil Action No.: 3:20-cv-01722-CL |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b) |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), plaintiff's counsel is awarded an attorney fee in the amount of $18,862.00 pursuant to Section 206(b)(1) of the Social Security Act, 42 USC 406(b)(1). After credit is taken for EAJA fees paid in the amounts of $6,701.03 and $5,418.98, the net amount of the fee due plaintiff's counsel is $6,741.99.

IT IS SO ORDERED:

Date: July 26, 2023.

MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE

Page 1 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel: 503-236-0068
Fax: 503-236-0028

/s/ George Wall

---

George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:  503-236-0028
Attorney for Plaintiff, David D.

Page 2 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel: 503-236-0068
Fax: 503-236-0028